IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **LORETTA MANUEL,**<br><br>    **Plaintiff,**<br><br>v.<br><br>1. SHATTUCK HOSPITAL AUTHORITY d/b/a NEWMAN HOSPITAL, INC.,<br>2. SHATTUCK HOSPITAL AUTHORITY,<br>3. NEWMAN MEMORIAL HOSPITAL, INC.,<br>4. JEFF SHELTON, in his official and individual capacity as Administrator at Newman Memorial Hospital, and<br>5. DR. BRENDA HUENERGARDT, in her official and individual capacity as a Physician and Board Member at Newman Memorial Hospital,<br><br>    **Defendants.** | Case No. CIV-15-1111-D |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Loretta Manuel, by and through her attorneys of record, and Defendants Shattuck Hospital Authority, Newman Memorial Hospital, Inc., Jeff Shelton and Dr. Brenda Huenergardt by and through their attorneys of record, stipulate to the dismissal with prejudice of all claims and causes of action brought in this case by the Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).  The parties stipulate that they shall each bear their own attorneys fees and costs.

1306119.1:000599:00001

Respectfully submitted,

s/ Elaine R. Turner
Elaine R. Turner, OBA #13082
David E. Burget, OBA #31506
Chase Tower
100 North Broadway, Suite 2900
Oklahoma City, OK  73102-8865
Telephone:  (405) 553-2828
Facsimile:  (405) 553-2855
Email:  eturner@hallestill.com
**ATTORNEYS FOR DEFENDANTS**

s/ Lauren W. Johnston w/ Permission
Jana B. Leonard
Lauren W. Johnston
LEONARD & ASSOCIATES
8265 S. Walker
Oklahoma City, OK  7339
leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net
**ATTORNEYS FOR PLAINTIFF**